UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Mitchell Hausman, Esquire (MH-1464)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| _____ | : Case No. 12-18864(RTL) |
| In re: | : Chapter 11 |
|  | : |
| Packaging Systems LLC, | : The Honorable Raymond T. Lyons |
|  | : |
|  | : Hearing Date: May 6, 2013 at 2:00 p.m. |
| Debtor. | : |
| _____ | : **ORAL ARGUMENT IS REQUESTED** |

**NOTICE OF MOTION OF THE UNITED STATES TRUSTEE FOR AN ORDER
CONVERTING THIS CHAPTER 11 CASE TO A CHAPTER 7 CASE, OR IN THE
ALTERNATIVE, DISMISSING THE CASE PURSUANT TO 11 U.S.C. § 1112(b)**

**TO:   ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

   **PLEASE TAKE NOTICE** that the United States Trustee, by and through her counsel,

shall move before the Honorable Raymond T. Lyons, Judge of United States Bankruptcy Court for

the District of New Jersey, on May 6, 2013 at 2:00 p.m. or as soon thereafter as counsel may be

heard, at the U.S. Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street,

Trenton, New Jersey for an Order Converting this Chapter 11 Case to a Chapter 7 Case, or in the

Alternative, Dismissing the Case Pursuant to 11 U.S.C. §1112 (b) and for such other and further

relief as this Court deems just and appropriate.

   **PLEASE TAKE FURTHER NOTICE** that the United States Trustee will rely upon the

Memorandum of Law and the Certification of William J. Ziemer attached hereto at the hearing.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee no later than seven days in advance of the hearing date pursuant to District of New Jersey Local Bankruptcy Rule 9013-1(d) or pursuant to Court Order.   If opposing papers are not filed and served within the required time, the Motion shall be deemed uncontested pursuant to District of New Jersey Local Bankruptcy Rule 9013-1(a) and an Order Converting Chapter 11 Case to Chapter 7 Case , or in the Alternative, Dismissing the Case, may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to District of New Jersey Local Bankruptcy Rule 9013-1(f) oral argument is requested.

ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE
REGION 3


 */s/ Mitchell Hausman*
Mitchell Hausman
Trial Attorney

DATED: March 28, 2013