Form 169 − ntccovert

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.: 12−18864−RTL
                                Chapter: 11
                                Judge: Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Packaging Systems LLC
   207 Mac Lane
   Keasbey, NJ 08832

Social Security No.:

Employer's Tax I.D. No.:
   33−1123316

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

     An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by US Trustee.

     Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion Or In the Alternative To Dismiss Case before the Honorable Raymond T. Lyons Jr. on:

Date:          May 6, 2013
Time:         02:00 PM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: April 1, 2013
JJW:

                                                                              James J. Waldron
                                                                              Clerk