# *McDonnell Crowley, LLC*

115 Maple Avenue
Red Bank, NJ 07701 USA

Ph:732 383-7233                Fax:732-383-7531

Packaging Systems                                                October 7, 2016
NJ
USA

|  |  |
|---|---|
| File #: | 00042-1 |
| **Attention:** Inv #: | 440 |

RE:    Attorneys for Barry W. Frost, Chapter 7 Trustee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-01-14 | Case Administration - discussion with counsel for Infinity Financial re: Complaint for avoidance claims. | 0.30 | 127.50 | BWH |
| Jun-02-14 | Case Administration - attention to stipulations extending time for Defendants to file Answersand certificates of mailing re: avoidance complaints | 0.50 | 212.50 | BWH |
|  | No Charge Preparation of Application to Retain McDonnell Crowley Hofmeister as Attorney for Trustee; e-file and serve | 0.70 | N/C | AMW |
| Jun-04-14 | Case Administration - emails with counsel for Chase Bank re: extension of time to answer complaint and position letter | 0.40 | 170.00 | BWH |
| Jun-05-14 | Prepare and efile Request to Enter Default Judgment against Public Service Electric & Gas | 0.30 | 58.50 | AMW |
|  | Prepare and efile Request to Enter Default Judgment against Marlene Harmon | 0.30 | 58.50 | AMW |
|  | Prepare and efile Request to Enter Default Judgment against Robert Harmon | 0.30 | 58.50 | AMW |
|  | Prepare and efile Request to Enter Default Judgment against James Burt | 0.30 | 58.50 | AMW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Prepare and efile Request to Enter Default Judgment against Colleen Burt | 0.30 | 58.50 | AMW |
| Jun-16-14 | Case Administration - review letter from counsel for Aetna re: defenses to avoidance claim | 0.50 | 212.50 | BWH |
| Jun-21-14 | Case Administration - review report/letter from accountant re: Aetna avoidance claim; reply to avoidance claim defense letter from Aetna; email to accountant re: American Express defense letter to avoidance claim | 1.00 | 425.00 | BWH |
| | No Charge - Draft and file notices of appearance on behalf of counsel to the Trustee. | 0.70 | N/C | JC |
| Jun-23-14 | review reply to emails with counsel for Aetna re: preference defense and extension of time to answer Complaint; emails and discussions with counsel for American Express re: defenses to avoidance claims and settlement letter; | 0.40 | 170.00 | BWH |
| Jun-26-14 | Case Administration - review letter from Chase re: adversary complaint | 0.20 | 85.00 | BWH |
| Jun-27-14 | Avoidance Action Litigation - prepare and file Requests for Entry of Defaults against non-answering parties to adversary complaints | 1.50 | 637.50 | BWH |
| | Avoidance Action Litigation - prepare and e-filed Request to Enter Default against Robert Harmon | 0.40 | 78.00 | AMW |
| | Avoidance Action Litigation - prepare and e-file Request to Enter Default against James Burt | 0.40 | 78.00 | AMW |
| | Avoidance Action Litigation - prepare and e-file Request to Enter Default against Colleen Burt | 0.40 | 78.00 | AMW |
| | Avoidance Action Litigation - Prepare and e-file Request to Enter Default against PSE&G | 0.40 | 78.00 | AMW |
| | Avoidance Action Litigation - Prepare and e-file Request to Enter Default against Marlene Harmon | 0.40 | 78.00 | AMW |
| | Avoidance Action Litigation - Prepare and | 0.40 | 78.00 | AMW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | e-file Request to Enter Default against Gregory Harmon | | | |
| Jun-30-14 | Case Administration - discussion with counsel for Infinity; discussion with accountant re: American Express litigation and Aetna litigation | 0.50 | 212.50 | BWH |
| Jul-02-14 | Avoidance Action Litigation - review Bank of America Answer to Complaint; discussion with counsel for Bank of America re: preference claim and review email follow-up request for documents; email to accountant re: Bank of America avoidance claim | 1.50 | 637.50 | BWH |
| Jul-04-14 | Avoidance Action Litigation - review email report from accountant re: Aetna defense to avoidance claim; letter to counsel for Aetna re: settlement offer and response to defense letter | 1.00 | 425.00 | BWH |
| Jul-07-14 | Avoidance Action Litigation - review/reply to emails with counsel for Aetna re: avoidance claims and defenses | 0.40 | 170.00 | BWH |
| Jul-09-14 | Avoidance Action Litigation - discussion with counsel for Harmon and Berts re: avoidance claims | 0.50 | 212.50 | BWH |
| Jul-10-14 | Case Administration - discussion with counsel for Infinity and emails with accountant re: backup for claims | 0.50 | 212.50 | BWH |
| | Avoidance Action Litigation - review/reply emails with counsel for Aetna and accountant re: avoidance claims | 0.40 | 170.00 | BWH |
| Jul-11-14 | Avoidance Action Litigation - emails with accountant re: avoidance claims against Aetna and Bank of America re: backup records and related issues; emails to counsel for Aetna and Bank of America re: backup records and alleged defenses to Trustee's claims | 1.00 | 425.00 | BWH |
| | Case Administration - service of Default Judgement and Information Subpoena upon Robert Harmon | 0.20 | 39.00 | AMW |
| | Case Administration - service of Default Judgment and Information Subpoena upon James Burt | 0.20 | 39.00 | AMW |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Case Administration - service of Default Judgment and Information Subpoena upon Colleen Burt | 0.20 | 39.00 | AMW |
|  | Case Administration - service of Default Judgment and Information Subpoena upon Marlene Harmon | 0.20 | 39.00 | AMW |
|  | Case Administration - Service of Default Judgment and Information Subpoena upon Public Service Electric & Gas | 0.20 | 39.00 | AMW |
| Jul-17-14 | Avoidance Action Litigation - emails with counsel for Chase and accountant re: avoidance claim and backup documents; emals with counsel for American Express; review Infiniti Motion to Dismiss Adversary Complaint | 1.00 | 425.00 | BWH |
| Jul-18-14 | Avoidance Action Litigation - legal research re: opposition to Nissan's motion to dismiss adversary complaint; emails/discussions with counsel for PSE&G re: adversary proceeding to avoid preference claims; emails with accountants re: backup for Chase preference claims | 1.30 | 552.50 | BWH |
| Jul-21-14 | Case Administration - prepare objection/cross-motion to Nissan's motion to dismiss complaint | 1.00 | 425.00 | BWH |
| Jul-23-14 | Case Administration - review email from accountant re: backup for claim against Chase and forward same to counsel for Chase; review PSE&G Answer to adversary complaint | 1.00 | 425.00 | BWH |
|  | Prepare - Finalize, e-file and serve Cross-Motion to Amend Complaint as to Infiniti Financial Services | 0.40 | 78.00 | AMW |
| Jul-24-14 | Avoidance Action Litigation - prepare written discovery demands upon PSE&G re: avoidance claims | 1.00 | 425.00 | BWH |
|  | Prepare - Discovery Requests to Defendant, Public Service Electric & Gas Company | 0.70 | 136.50 | AMW |
| Jul-25-14 | Avoidance Action Litigation - emails/discussions with counsel for American Express re: adversary complaint and settlement proposal | 0.40 | 170.00 | BWH |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-28-14 | Summary Judgment - discussion with counsel for Nissan/Infiniti re: motion to dismiss and related issues; review PSE&G discovery demands and forward same to accountants | 0.50 | 212.50 | BWH |
| Jul-31-14 | Case Administration - telephone discussion with accountant re: backup for avoidance claims and related issues; review emails backup documents from accountant; review supplemental pleading by Nissan re: motion to dismiss | 1.00 | 425.00 | BWH |
| Aug-04-14 | Case Administration-email w/ J. McDonnell and accountant RE: meeting w/ Harmon on adversary cases to recove ravoidance claims;discussion w/ counsel for Nissan/Infinity | 0.50 | 212.50 | BWH |
| Aug-05-14 | Case Administration;attend meeting w/ accountants and Defendant, Robert Harmon w/ counsel RE: settlement negotiations;call w/ counsel for Nissan/Infinity RE: adjournment of motions to dismiss | 5.00 | 2,125.00 | BWH |
| Aug-07-14 | Case Administration;emails w/ counsel for Aetna RE: avoidance claims litigation;discussionw/ court RE: pretrial conference | 0.40 | 170.00 | BWH |
| Aug-08-14 | Case Administration;emails/discussions w/ court RE: pretrial conferences; settlement discussions w/ counsel for Aetna | 0.60 | 255.00 | BWH |
| Aug-11-14 | Avoidance Action Litigation;email/discussion with counsel for AMEX RE: adversary proceeding | 0.30 | 127.50 | BWH |
| Aug-13-14 | Avoidance Action Litigation;discussions with counsel for Defendants, PSE&G, Aetna, Bank of America, Nissan, Chase, and AMEX RE: pretrial conference and scheduling order;prepare draft pretrial scheduling orders and circulate to various party defendants | 2.00 | 850.00 | BWH |
|  | Case Administration - preparation and filing of Alias Summons for service upon Fort Lee Regency | 0.30 | 58.50 | AMW |
|  | Case Administration - preparation of proposed Joint Scheduling Order and email same to Suzanne Klar (PSE&G) for review. | 0.40 | 78.00 | AMW |

| | | | | |
|---|---|---|---|---|
| | Case Administration -prepare Joint Order Scheduling Pretrial Proceedings and Trial and email same to Paul Catanese (Aetna) | 0.40 | 78.00 | AMW |
| Aug-14-14 | Avoidance Action Litigation;emails/discussions with counsel for party defendants to Avoidance Adversary Proceeding RE:pretrial scheduling orders;discussion w/ accountant RE: case strategy | 1.80 | 765.00 | BWH |
| | Case Administration - prepare Joint Order Scheduling Pretrial Proceedings and Trial and email same to Vincent DiMaiolo (Bank of America) | 0.40 | 78.00 | AMW |
| | Case Administration - preparation of Joint Order Scheduling Pre-Trial Proceedings and Trial and email same to Kevin Driscoll (Chase) | 0.40 | 78.00 | AMW |
| | Case Administration - preparation of Joint Order Scheduling Pre-Trial Proceedings and Trial and email same to John Lawrence (American Express) | 0.40 | 78.00 | AMW |
| | Case Administration - preparation of Joint Order Scheduling Pre-Trial Proceedings and Trial and email to John Morton (Nissan-Infiniti) | 0.40 | 78.00 | AMW |
| Aug-15-14 | Avoidance Action Litigation;attention to avoidance claims litigation matters RE:pretrial disclosures,discovery and related issues | 2.00 | 850.00 | BWH |
| Aug-18-14 | Avoidance Action Litigation;discussion with counsel for Nissan RE: Motion to Dismiss;discussion with accountant RE: Avoidance claims | 1.00 | 425.00 | BWH |
| Aug-19-14 | Avoidance Action Litigation;review emails from Accountant and Harmon defendants RE: defense letter and attachments;review AMEX statements | 1.30 | 552.50 | BWH |
| Aug-20-14 | Avoidance Action Litigation;Attend pretrial conference RE: Avoidance claims | 1.50 | 637.50 | BWH |
| Aug-21-14 | letter - follow-up to Paul Catanse regarding proposed Joint Scheduling Order (Aetna) | 0.20 | 39.00 | AMW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | letter - follow-up letter to John Morton regarding Joint Scheduling Order (Nissan/Infiniti) | 0.20 | 39.00 | AMW |
| | Case Administration - service of Complaint upon counsel for Fort Lee Regency; preparation of Joint Scheduling Order and Acknowledgment of Service | 0.40 | 78.00 | AMW |
| Aug-22-14 | Avoidance Action Litigation;service of complaint upon counsel for Fort Lee Regency | 0.20 | 85.00 | BWH |
| Aug-26-14 | Avoidance Action Litigation;review court entered scheduling orders;discussions with Jack McDonnell and accountants RE: settlement offer with Harmon defendants | 1.00 | 425.00 | BWH |
| Aug-27-14 | Avoidance Action Litigation;follow up issues with accountant RE: avoidance claims | 0.40 | 170.00 | BWH |
| Sep-08-14 | Avoidance Action Litigation;discussion with counsel for Harmon RE: settlement negotiations;discussion with accountant | 0.50 | 212.50 | BWH |
| Sep-10-14 | Avoidance Action Litigation; emails with court RE: pretrial conference and adversary cases status;discussions with counsel for Nissan,AMEX and Aetna RE: settlement and related issues;discussion with counsel for PSE & G RE: settlement and discovery issues | 1.80 | 765.00 | BWH |
| | Case Administration - preparation of First Amended Joint Pre-Trial Scheduling Order (America Express, Bank of America, Chase Bank and Infiniti) | 0.30 | 58.50 | AMW |
| Sep-11-14 | Avoidance Action Litigation; prepare revised Joint Scheduling Order's and emails with counsel for Harmon and Fort Lee Regency;prepare stipulation of settlement amd motion to approve settlement with Aetna;emails with counsel for Nissan RE: hearing on Notice of Motion to dismiss and scheduling order | 2.80 | 1,190.00 | BWH |
| | Asset Disposition - Preparation of Stipulation of Settlement (Aetna, Inc.) | 0.30 | 58.50 | AMW |
| | Asset Disposition - Preparation of Motion to Approve Settlement and Information for | 0.70 | 136.50 | AMW |

| | | | | |
|---|---|---|---|---|
| | Notice of Settlement of Controvery (Aetna, Inc.) | | | |
| Sep-16-14 | Avoidance Action Litigation; Emails with counsel for Aetna RE: revision to settlement agreement | 0.20 | 85.00 | BWH |
| Oct-06-14 | Telephone Call - Discussion with counsel for Harmon re: settlement of preference/ fraudulent transfer cases. | 0.30 | 127.50 | BWH |
| Oct-07-14 | Correspondence Drafted - E-mail with accountant to Trustee. | 0.20 | 85.00 | BWH |
| Oct-08-14 | Avoidance Action Litigation - Discussions with counsel for Bank of America and Nissan re: preference/fraudulent transfer claims. | 0.30 | 127.50 | BWH |
| Oct-09-14 | Correspondence Drafted - Emails with court re: status conference. | 0.20 | 85.00 | BWH |
| Oct-14-14 | Correspondence Review - discussions/emails with court and counsel for Nissan re: rescheduling motion and potential dates; telephone discussion with counsel for Harmon. | 1.00 | 425.00 | BWH |
| Oct-16-14 | Correspondence Review - Review court order re: settlement and forward to counsel for Aetna. | 0.20 | 85.00 | BWH |
| Oct-17-14 | Correspondence Review - e-mail with counsel fro Bank of America and Chase re: avoidance claims. | 0.50 | 212.50 | BWH |
| Oct-20-14 | Telephone discussion with counsel for Harmon defendants re: global settlement of preference adversary cases. | 0.50 | 212.50 | BWH |
| Oct-21-14 | Correspondence Drafted - review letter from IRS; review letter/e-mail with accountant re: avoidance litigation cases. | 0.30 | 127.50 | BWH |
| Oct-22-14 | Correspondence review - review statements from AMEX. | 0.40 | 170.00 | BWH |
| Oct-25-14 | Correspondence drafted - prepare stipulation of settlement with Harmon Defendants; e-mail/letters to preference Defendants, AMEX, Chase and BOA re: settlement offers. | 2.20 | 935.00 | BWH |
| Oct-27-14 | Preparation of Pleadings - prepare Consent Order Approving Settlement and Stipulation | 0.80 | 156.00 | AMW |

| | | | | |
|---|---|---|---|---|
| | of Settlement (Robert Harmon, Marlene Harmon, Gregory Harmon, Fort Lee Regency, James Burt and Colleen Burt) | | | |
| Oct-30-14 | Preparation of Pleadings - e-mails/discussions with counsel for Chase, BOA, AMEX and PSE&G re: settlement negotiations of preference/avoidance claims; prepare stipulation of settlement with BOA. | 1.20 | 510.00 | BWH |
| Oct-31-14 | Preparation of Pleadings - prepare stipulations of settlement and motion to approve settlement of avoidance claim with Bank of America. | 1.10 | 467.50 | BWH |
| | Preparation of Pleadings - prepare Stipulation of Settlement and Motion to Approve Settlement with Bank of America | 0.80 | 156.00 | AMW |
| Nov-04-14 | Correspondence drafted - discussions and e-mails with preference/fraudulent transfer defendants re: settlement offers. | 1.30 | 552.50 | BWH |
| | Preparation of Pleadings - finalize, efile and serve Motion to approve settlement between Barry W. Frost, Chapter 7 Trustee and Bank of America | 0.50 | 97.50 | AMW |
| Nov-06-14 | Preparation of Pleadings - review and revisions to stipulation of settlement with Chase and prepare motion to approve settlement and filing same with the court. | 1.10 | 467.50 | BWH |
| Nov-07-14 | Correspondence drafted - review/reply to e-mails with counsel for AMEX re: settlement negotiations; e-mails with counsel for Harmon defendants re: settlement negotiations; telephone discussion with counsel for Nissan re: motion to dismiss and related issues. | 1.10 | 467.50 | BWH |
| Nov-08-14 | Preparation of Pleadings - letters and draft pleadings re: settlement proposal and negotiations with Harmon defendant's, Chase and Nissan. | 1.30 | 552.50 | BWH |
| Nov-10-14 | Preparation of Pleadings - discussion with accountant re: financial records from Harmon and settlement negotiations; prepare stipulation of settlement and motion to approve settlement with AMEX. | 1.60 | 680.00 | BWH |
| | Preparation of Pleadings - Stipulation of | 0.80 | 156.00 | AMW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Settlement and Motion to Approve Settlement with American Express | | | |
| Nov-11-14 | Preparation of Pleadings - e-mails/discussions with counsel for Harmon defendants re: settlement of adversary; prepare revised stipulation of settlement with Harmon and Fort Lee defendants; prepare consent order vacating default and draft pre-trial scheduling order for Burt defendant's; settlement discussions with counsel for Nissan and e-mail re: same. | 2.90 | 1,232.50 | BWH |
| | Preparation of Pleadings - Consent Order Vacating Default Judgment against James Burt and Colleen Burt (Adv. Pro. No. 14-1446) | 0.30 | 58.50 | AMW |
| | Preparation of Pleadings - proposed Joint Order Pretrial Proceedings and Trial (James and Colleen Burt, Adv. Pro. No. 14-1446) | 0.20 | 39.00 | AMW |
| Nov-12-14 | Attend hearing on motion with Nissan and status conference. | 1.00 | 425.00 | BWH |
| Nov-13-14 | Correspondence review - review/reply to defense letter from PSE&G re: avoidance claims. | 0.30 | 127.50 | BWH |
| | Preparation of Pleadings - prepare stipulation of settlement with Nissan and motion to approve settlement with Nissan North America. | 1.00 | 425.00 | BWH |
| | Preparation of Pleadings - Motion to Approve Settlement with Infiniti Financial Services (14-1445) | 0.80 | 156.00 | AMW |
| Nov-14-14 | Preparation of Pleadings - e-mails with counsel for Chase re: revising and finalizing settlement agreement; prepare motion to approve settlement with Chase; prepare motion to approve settlement with Harmon Defendant's. | 2.40 | 1,020.00 | BWH |
| | Preparation of Pleadings - Motion to Approve Settlement with Chase Bank (Adv. Pro. No. 14-1445) | 0.80 | 156.00 | AMW |
| Nov-17-14 | Preparation of Pleadings - e-mails with counsel for Chase re: finalizing settlement; prepare/finalizing motions to approve settlements with Chase and Harmon | 2.20 | 935.00 | BWH |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Defendants; e-mails with J. McDonnell and Trustee re: adversary settlements. | | | |
| | Preparation of Pleadings - Motion to Approve Settlement with Robert Harmon, Marlene Harmon, Gregory Harmon and Fort Lee Regency | 0.80 | 156.00 | AMW |
| | Preparation of Pleadings - finalize and e-file Motion to Approve Settlement Between Barry W. Frost, Trustee and Robert Harmon, Marlene Harmon, Gregory Harmon and Fort Lee Regency | 0.50 | 97.50 | AMW |
| Nov-18-14 | Preparation of Pleadings - finalize, e-file and serve Motion to Approve Settlement Between Barry W. Frost, Chapter 7 Trustee and American Express (14-1445) | 0.50 | 97.50 | AMW |
| Nov-19-14 | Correspondence drafted - e-mails with counsel for Chase and Nissan re: settlement documents. | 0.20 | 85.00 | BWH |
| Nov-20-14 | Correspondence review - review scheduling order in Burt adversary; review certificate of no objections to settlement with Bank of America. | 0.30 | 127.50 | BWH |
| Nov-26-14 | Correspondence drafted - e-mails/discussions with counsel for Nissan re: settlement of avoidance claims. | 0.60 | 255.00 | BWH |
| Dec-01-14 | Correspondence drafted - discussions with counsel for Nissan re: settlement agreement; discussions with accountant and counsel for PSE&G re: avoidance claims defense. | 0.40 | 170.00 | BWH |
| Dec-02-14 | Telephone call with counsel for Nissan re: settlement agreement. | 0.20 | 85.00 | BWH |
| | Preparation of Pleadings - finalize, e-file and serve Motion to Approve Settlement with Chase Bank (14-1445) | 0.30 | 58.50 | AMW |
| Dec-03-14 | Correspondence review - review court notice of no objection to settlement with AMEX; review order approving settlement with Harmon defendants. | 0.20 | 85.00 | BWH |
| | No Charge - Update case files, create new folders, collate and organize same. | 1.40 | N/C | JC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-09-14 | Telephone call with counsel for PSE&G re: settlement avoidance claim. | 0.50 | 212.50 | BWH |
| | Prepare Motion to Approve Settlement with PSE&G (Adv. Pro. No. 14-1443) | 0.70 | 136.50 | AMW |
| Dec-10-14 | Preparation of Pleadings - prepaqre stipulation of settlement with PSE&G; prepare motion to approve settlement with PSE&G; review answer to complaint by James and Colleen Burt. | 2.10 | 892.50 | BWH |
| | Preparation of Pleadings - discovery requests (James Burt & Colleen Burt - 14-1446) | 0.80 | 156.00 | AMW |
| Dec-11-14 | Preparation of Pleadings - prepare discovery demands upon Burt. | 1.20 | 510.00 | BWH |
| Dec-16-14 | Preparation of Pleadings - e-mails and finalize settlements with PSE&G and Nissan. | 0.40 | 170.00 | BWH |
| Dec-17-14 | Correspondence review - review settlement document and settlement funds re: AMEX settlement. | 0.20 | 85.00 | BWH |
| Dec-23-14 | Review e-mails from counsel for Nissan and revise/finalize stipulation of settlement with Nissan; review orders approving Harmon and AMEX settlements and send letter to counsel for payment of settlement funds. | 1.40 | 595.00 | BWH |
| Jan-02-15 | Correspondence review - e-mails with counsel for Nissan and revise settlement agreement per e-mails; follow-up re: payment of proceeds of settlement due for receipt. | 0.00 | 0.00 | BWH |
| | Preparation of Pleadings - revisions to Stipulation of Settlement with Nissan Motor Acceptance Corporation d/b/a Infiniti Financial | 0.30 | 58.50 | AMW |
| Jan-09-15 | Case Administration - e-mails and telephone follow-up with counsel for PSE&G & Harmon re: settlement documents and payment of proceeds. | 0.40 | 170.00 | BWH |
| | Preparation of Pleadings - finalize, e-file and serv Motion to Approve Settlement between Barry W. Frost, Chapter 7 Trustee and Nissan Motors Acceptance Corporation | 0.40 | 78.00 | AMW |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-13-15 | Preparation of Pleadings - finalize, e-file and serve Motion to Approve Settlement Between Barry W. Frost, Chapter 7 Trustee and PSE&G | 0.40 | 78.00 | AMW |
| Jan-23-15 | Case Administration - attention to collection of settlement funds from Nissan. | 0.20 | 85.00 | BWH |
| Jan-30-15 | No Chargearation of - Draft final fee application on behalf of counsel to the Trustee. | 3.00 | N/C | JC |
| | Totals | 100.30 | $35,447.50 | |